

SANDEE BRYAN MARION      FOURTH COURT OF APPEALS DISTRICT      KEITH E. HOTTLE,
     CHIEF JUSTICE      CADENA-REEVES JUSTICE CENTER      CLERK OF THE
KAREN ANGELINI      300 DOLOROSA, SUITE 3200      COURT
MARIALYN BARNARD      SAN ANTONIO, TEXAS 78205-3037
REBECA C. MARTINEZ      WWW.TXCOURTS.GOV/4THCOA.ASPX
PATRICIA O. ALVAREZ      TELEPHONE
LUZ ELENA D. CHAPA      (210) 335-2635
IRENE RIOS
     JUSTICES      FACSIMILE NO.
     (210) 335-2762

November 29, 2018

Honorable Cathleen M. Stryker      John A. Ramirez
Bexar County Courthouse      Bush & Ramirez, PLLC
300 Dolorosa, 4th Floor      5615 Kirby, Ste.900
Judge, 224th Judicial District Court      Houston, TX 77005
     * DELIVERED VIA E-MAIL *

* DELIVERED VIA E-MAIL *

R. Lynn Fielder
Downs & Stanford, PC
2001 Bryan Street, Ste 4000
Dallas, TX 75201
* DELIVERED VIA E-MAIL *

RE:      Court of Appeals Number:      04-18-00231-CV
     Trial Court Case Number:      2017CI14954
     Style: In re Acceptance Indemnity Insurance Company

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE,
Clerk of Court

Luz Estrada
Chief Deputy Clerk, Ext. 53219

cc: Diana Cochrane (DELIVERED VIA E-MAIL)
Dinah L. Gaines (DELIVERED VIA E-MAIL)
Robert W. Loree (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2018

No. 04-18-00231-CV

**IN RE ACCEPTANCE INDEMNITY INSURANCE COMPANY**

Original Mandamus Proceeding[1]

### ORDER DENYING MOTION FOR EN BANC RECONSIDERATION

Sitting:      Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice[2]
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice, Justice

The motion for en banc reconsideration filed by real parties in interest Agrestic I, LP and Tiberious, LLC is DENIED.

It is so **ORDERED** on November 29, 2018.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017CI14954, styled *Agrestic I, LP and Tiberius, LLC v. Acceptance Indemnity Insurance Company, Crawford & Company, and Danny Brown*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Cathleen M. Stryker presiding.

[2] Justice Rebeca C. Martinez dissents to the denial of the motion for en banc reconsideration without requesting a response.